THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM JONES, Appellant. [17 NYS3d 361]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered February 9, 2015. The judgment convicted defendant, upon his plea of guilty, of aggravated vehicular assault.

It is hereby ordered that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at suppression court, and the matter is remitted to Onondaga County Court for proceedings pursuant to CPL 460.50 (5). Present— Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.